UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 17-cv-62202-BLOOM/Valle**

HERMAN ROMERO,

    Plaintiff,

v.

SYNCHRONY BANK,

    Defendants.

_____/

## ORDER ON UNOPPOSED JOINT MOTION TO COMPEL ARBITRATION

**THIS CAUSE** is before the Court upon Defendant's Unopposed Joint Motion to Stay Proceedings and Compel Arbitration, ECF No. [21] (the "Motion"). The Court has carefully reviewed the Motion, the applicable law, the Walmart Credit Card Account Agreement containing the arbitration clause, and is otherwise fully advised of the record in this case. The Motion advises that Plaintiff has no objection to the relief requested therein.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Defendant's Unopposed Joint Motion to Stay Proceedings and Compel Arbitration, **ECF No. [21]**, is **GRANTED.**

2. The parties shall submit all claims asserted in the Complaint to arbitration in accordance with the arbitration agreement contained within the Walmart Credit Card Account Agreement. *See* ECF No. [21-2] at 5.

3. This matter is **STAYED** pending the arbitration of Plaintiff's claims and is therefore administratively **CLOSED**. The Clerk of Court is directed to **CLOSE** this matter for administrative purposes. After arbitration has concluded, either party may seek to reopen the case.

CASE NO. 17-cv-62202-BLOOM/Valle

4. All pending motions are **DENIED AS MOOT**, and any pending deadlines are **TERMINATED.**

**DONE AND ORDERED** in Miami, Florida, this 2nd day of March, 2018.

_____
**BETH BLOOM
UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record